TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>CODY BYRON TEERLINK,<br><br>Defendant. | Case No. 2:22-CR-00024<br><br>**JOINTLY PROPOSED ADDITIONAL VOIR DIRE QUESTIONS**<br><br>Judge Ted Stewart |

The parties in this case, namely, the United States and the Defendant, via counsel, hereby submit the attached jointly proposed additional voir dire questions in preparation for the trial to be held in this matter.

Dated this 20th day of March, 2023.

TRINA A. HIGGINS
United States Attorney

*/s/ Sam Pead*
SAM PEAD
Assistant United States Attorney

## ADDITIONAL VOIR DIRE QUESTIONS

1. In this case, the Defendant is alleged to have lied on background check forms when acquiring and attempting to acquire firearms from licensed firearms dealers; he is also alleged to have possessed a firearm while being restricted due to a prior felony conviction. You will learn that the Defendant was, prior to the allegations in this case, convicted of *Driving under the Influence of Alcohol*, which was a felony crime punishable by imprisonment for a term exceeding one year.

    a. Do you have any strong feelings about firearms, either one way or another, that would affect your ability to objectively assess the evidence and deliberate fairly and impartially?

    b. Do you have any belief or opinion that the government should not be able restrict the possession of firearms for certain categories of people?

    c. Do you have any belief or opinion that some people who are prohibited from possessing firearms should be allowed to possess firearms? If so, which people?

    d. Do you have any opinions or beliefs about firearms or firearm law or policy that would affect your ability to objectively assess the evidence and deliberate fairly and impartially?

    e. Do you have any opinions or beliefs about alcohol, drinking, drinking and driving, or DUI law and policy that would affect your ability to objectively assess the evidence and deliberate fairly and impartially?