TRINA A. HIGGINS, United States Attorney (#7349)
VICTORIA K. McFARLAND, Assistant United States Attorney (#11411)
SAM PEAD, Assistant United States Attorney (#11945)
Attorneys for the United States of America
Office of the United States Attorney
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111-2176
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CODY BYRON TEERLINK,<br><br>Defendant. | Case No. 2:20-CR-00024<br><br>VERDICT FORM<br><br>Judge Ted Stewart |

The parties in this case, namely, the United States and the Defendant, via counsel's stipulation, hereby submit the attached and agreed upon verdict form in preparation for the trial to be held in this matter.

Dated this 20th day of March, 2023.

TRINA A. HIGGINS
United States Attorney

*/s/ Sam Pead*
SAM PEAD
Assistant United States Attorney

THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>CODY BYRON TEERLINK,<br>Defendant. | Case No. 2:22-CR-00024<br>VERDICT FORM<br>Judge Ted Stewart |

We the jury, after having carefully reviewed all of the evidence presented and all the instructions given to us in this case, find the defendant, CODY BYRON TEERLINK:

As to Count I of the Indictment (*False Statement During Acquisition of a Firearm*):

[ ] Guilty.

[ ] Not Guilty.

As to Count II of the Indictment (*Felon in Possession of a Firearm*):

[ ] Guilty.

[ ] Not Guilty.

As to Count III of the Indictment (*False Statement During Attempted Acquisition of a Firearm*):

[ ] Guilty.

[ ] Not Guilty.

As to Count IV of the Indictment (*False Statement During Attempted Acquisition of a Firearm*):

[ ] Guilty.

[ ] Not Guilty.

DATED this _____ day of March, 2023.

______________________________

JURY FOREPERSON