# UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA<br>vs.<br>CODY BYRON TEERLINK | **EXHIBIT LIST**<br><br>Case Number: 2:22-CR-00024-TS |

| PRESIDING JUDGE<br>Honorable Ted Stewart | PLAINTIFF'S ATTORNEY<br>Victoria McFarland, Samuel Pead | DEFENDANT'S ATTORNEY<br>Nathan Phelps |
|---|---|---|
| TRIAL DATE (S)<br>March 27 – 29, 2023 | COURT REPORTER | COURTROOM DEPUTY<br>Ryan Robertson |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Information, *State v. Cody Byron Teerlink*, IP-CT-04-00001 |
| 2 | | | | | Audio Recording of Sentencing, *State v. Cody Byron Teerlink*, AV-CH-02-00001 |
| 3 | | | | | Statement of Defendant in Support of Guilty Plea, *State v. Cody Teerlink,* IP-CT-02-00006 |
| 4 | | | | | Amended: Sentence, Judgment, Commitment, *State v. Cody Byron Teerlink*, IP-CT-04-00001 |
| 5 | | | | | Docket, *State v. Cody Byron Teerlink*, IP-CT-02-00007 |
| 6 | | | | | Firearms Transaction Record – Ruger Precision Rifle, RPT-FFL-03-00002 |
| 7 | | | | | Photo of Ruger Precision Rifle, PH-01-00001 |
| 8 | | | | | Firearms Transaction Record – FN Five-seveN, RPT-FFL-03-00002.10 |
| 9 | | | | | Photo of FN Five-seveN, PH-01-00002 |
| 10 | | | | | Firearms Transaction Record – Radikal NK-1, RPT-FFL-03-00001 |
| 11 | | | | | Photo of Radikal Arms NK-1, PH-01-00003 |
| 12 | | | | | Utah Temporary ID Card and Driver License Division Letter, BR-DLD-01-00001 to BR-DLD-01-00004 |