THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CODY BYRON TEERLINK,<br><br>Defendant. | Case No. 2:22-CR-00024<br><br>VERDICT FORM<br><br>Judge Ted Stewart |

We the jury, after having carefully reviewed all of the evidence presented and all the instructions given to us in this case, find the defendant, CODY BYRON TEERLINK:

As to Count I of the Indictment (*False Statement During Acquisition of a Firearm*):

[X] Guilty.

[ ] Not Guilty.

As to Count II of the Indictment (*Felon in Possession of a Firearm*):

[ ] Guilty.

[X] Not Guilty.

As to Count III of the Indictment (*False Statement During Attempted Acquisition of a Firearm*):

[ ] Guilty.

[X] Not Guilty.

As to Count IV of the Indictment (*False Statement During Attempted Acquisition of a Firearm*):

[ ] Guilty.

[X] Not Guilty.

DATED this 29th day of March, 2023.

Chris Couch

JURY FOREPERSON